UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WALTER EFRAIN PASCUAL LOPEZ,

                Petitioner,                  Case No. 1:25-cv-1832

v.                                     Honorable Paul L. Maloney

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1) is conditionally **GRANTED** as set forth herein.

**IT IS FURTHER ORDERED** that Respondents are directed to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days of the date of this judgment, or, in the alternative, immediately release Petitioner from custody.

**IT IS FURTHER ORDERED** that, within six business days of the date of this judgment, Respondents shall file a status report with the Court to certify compliance with the Court's opinion and judgment. The status report shall include if and when the bond hearing occurred, if bond was granted or denied, and if bond was granted, the conditions of the bond, or if bond was denied, the reasons for the denial.

**IT IS FURTHER ORDERED** that the United States Department of Homeland Security, the United States Attorney General, the Executive Office for Immigration Review, The GEO

Group, Inc., and Warden of North Lake Correctional Facility are **DISMISSED** as Respondents in this matter.

Dated:  <u>  January 2, 2026         </u>          <u>  /s/ Paul L. Maloney              </u>
                                                Paul L. Maloney
                                                United States District Judge